**McCARTHY LAW PLC**
CANDID CONVERSATION. WISE COUNSEL.

**Ashley Tuchman, 258719**
**Garrett Charity, 285447**
**4250 North Drinkwater Blvd, Suite 320**
**Scottsdale, AZ  85251**
**602-456-8900**
ashley.tuchman@mccarthylawyer.com
garrett.charity@mccarthylawyer.com
**Attorneys for Plaintiff**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HORDELICIA SANCHEZ<br><br>    Plaintiff,<br><br>V.<br><br>DEPARTMENT STORES NATIONAL BANK AND EQUIFAX INFORMATION SERVICES LLC,<br><br>    Defendants. | Case No.: 3:17-cv-01675-DMS-MDD<br><br>**CONDITIONAL NOTICE OF SETTLEMENT AS TO EQUIFAX INFORMATION SERVICES LLC, ONLY** |

    Plaintiff HORDELICIA SANCHEZ ("Plaintiff") by and through their undersigned counsel, hereby notifies the Court that the Plaintiff and Defendant EQUIFAX INFORMATION SERVICES LLC (Equifax) together with Plaintiff collectively referred to as the "Parties" have reached a settlement in the above-referenced matter which will include the dismissal with prejudice of all claims against Equifax with each side to bear their own costs and attorneys' fees.  The Parties are in the process of finalizing the settlement, whereupon the Parties will file a stipulation for dismissal with prejudice.  The Parties anticipate that the settlement and dismissal of claims against Equifax will be finalized within the next sixty (60) days.

///

///

///

McCarthy Law, PLC
4250 N. Drinkwater Blvd
Suite 320
Scottsdale, Arizona 85251
602-456-8900
www.McCarthyLawyer.com

1                                    Notice of Settlement

1  Respectfully submitted this 5th day of December, 2017.

MCCARTHY LAW, PLC

By: */s/ Garrett Charity*
   Garrett Charity, Esq.
   Attorney for Plaintiff

McCarthy Law, PLC
4250 N. Drinkwater Blvd
Suite 320
Scottsdale, Arizona 85251
602-456-8900
www.McCarthyLawyer.com

2                    Notice of Settlement

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of December, 2017, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

<u>*By: /s/ Garrett Charity*</u>

McCarthy Law, PLC
4250 N. Drinkwater Blvd
Suite 320
Scottsdale, Arizona 85251
602-456-8900
www.McCarthyLawyer.com

3   Notice of Settlement